AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Emmanuel Ogebe
_____
Plaintiff(s)

v.

Dow Jones & Company
_____
Defendant(s)

Civil Action No. 1:19-CV-426(LO/IDD)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dow Jones & Company
1211 Avenue of Americas
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emmanuel Ogebe
1025 Connecticut ave NW
#1000, Washington DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

COPY

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2019 APR 10 P 4:02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Emmanuel Ogebe
_____
Plaintiff(s)

v.

Civil Action No. 1:19-cv-426(LO/IDD)

Drew Hinshaw
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Drew Hinshaw
c/o Dow Jones & Co / WSJ
1211 Avenue of America
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emmanuel Ogebe
1025 Connecticut ave NW
#1000, Washington DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Emmanuel Ogebe
_____
Plaintiff(s)

v.

Joe Parkinson
_____
Defendant(s)

Civil Action No. 1:19-CV-426(LO/IDD)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Joe Parkinson c/o WSJ
1211 Avenue of Americas
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emmanuel Ogebe
1025 Connecticut ave NW
#1000, Washington DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Emmanuel Ogebe
_____
Plaintiff(s)

v.

Civil Action No. 1:19-CV-426(LO/IDD)

Gbenga Akinbgoule
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gbenga    c/o WSJ
1211 Avenue of Americas
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emmanuel Ogebe
1025 Connecticut Ave NW
#1000, Washington DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
Signature of Clerk or Deputy Clerk