

# United States District Court
## For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:19-CV-426

Name: Emmanuel Ogebe

Address: 1025 Connecticut ave NW
#1000
Washington DC 20036

Telephone Number: 703 866 6108

Email Address: justiceforjos@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signed]   Date: April 10, 2019

Court Use Only:

The request is GRANTED _____   or DENIED _____

_____   _____
(Judge's Signature)                (Date)