THE CLERK OF COURT
US DISTRICT COURT
ALEXANDRIA, VIRGINIA

MAY 14, 2019

RECEIVED

REQUEST FOR SEARCH OF RECORDS FOR RETURNED SUMMONS TO DEFENDANT ONE IN ~~case~~ 1:19-CV-426

I am in receipt of a letter from a company stating that they are not Registered Agents for the Dow Jones & Company (first defendant in my action above).

The rejection letter dated April 12 was purportedly sent to your office and I was copied.

I am present here today to request a search in your records for a rejection letter and the original summons and complaint mailed to you by Wolters Kluwer CT Corporation. This will enable me to serve the Plaintiff.

sincerely
Emmanuel Ogebe
/s/