IN THE US DISTRICT COURT FOR EASTERN VIRGINIA

| | |
|---|---|
| EMMANUEL OGEBE<br>1025 CONNECTICUT AVE NW<br>#1000<br>WASHINGTON DC 20036<br><br>Plaintiff, <br><br>v. <br><br>DOW JONES & COMPANY,<br>1211 AVENUE OF THE AMERICAS,<br>NEW YORK, NY 10036<br><br>DREW HINSHAW,<br>1211 AVENUE OF THE AMERICAS,<br>NEW YORK, NY 10036<br><br>JOE PARKINSON,<br>1211 AVENUE OF THE AMERICAS,<br>NEW YORK, NY 10036<br>And<br>GBENGA AKINGBULE,<br>1211 AVENUE OF THE AMERICAS,<br>NEW YORK, NY 10036<br>Defendants. | Civil Action No. 1:19CV426 |

## MOTION EX PARTE FOR REISSUE OF SUMMONS

Now comes Plaintiff Emmanuel Ogebe seeking a reissue of the summons in his Complaint against Defendants Wall Street Journal, Dow Jones Company, Drew Hinshaw, Joe Parkinson and Gbenga Akingbule and states the following:

### FACTS

1. Plaintiff Emmanuel Ogebe received a rejection letter from CT Corp denying they were registered agents for the Plaintiff.

2. CT Corp's letter claimed that it had duly notified the court of said rejected service. The rejection letter is attached as a exhibit A.

3. Upon inquiry at the Clerk's office, Plaintiff was informed that no communication was received from CT Corp about or containing the summons

4. Upon further inquiry at CT Corp's intake office, they admitted that they did not in fact mail anything to the court and that they would not relinquish the summons in their custody as it had their "name on it."

5. Upon a series of written appeals to CT's correspondence office, the following day, they claimed no longer to be in possession of the summons and are therefore unable to produce the originals.

6. CT Corp declined to explain why they misrepresented that they had mailed the court or what happened to the summons. Correspondence with CT Corp is attached as exhibit B.

In consequence thereof, Plaintiff prays the court to:

1. Reissue the summons against the Defendants
2. Issue a subpoena to CT Corp to produce the original summons. CT's address is 1015 15th st. NW, #1000, Washington DC 20005.
3. Authorize the use of scanned copies of the summons

Respectfully,

Emmanuel Ogebe

Plaintiff

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION**

Emmanuel Ogebe
---
Plaintiff(s),

v.

Dow Jones & Company et al
---
Defendant(s).

Civil Action Number: 1:19 CV 426

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Motion to reissue__.
(Title of Document)

Emmanuel Ogebe
---
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 5/16/19 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)