

April 12, 2019

Emmanuel Ogebe
1025 Connecticut ave NW,
#1000,
Washington, DC 20036

Re: EMMANUEL OGEBE, PLTF. vs. DOW JONES & COMPANY, ET AL., DFTS.

Case No. 119CV426LOTDD

Dear Sir/Madam:

After checking our records and the records of the State of DC, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Dow Jones & Company, Inc..

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 535287312

Sent By Regular Mail

cc: United States District Court Eastern District of Virginia
    701 E Broad St,
    Richmond, VA 23219


(Returned To)

Emmanuel Ogebe
1025 Connecticut ave NW,
#1000,
Washington, DC 20036