IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EMMANUEL OGEBE, )
)
    Plaintiff, )
)
v. )   Civil Action No. 1:19-cv-426 (LO/IDD)
)
DOW JONES & CO., *et al.*, )
)
    Defendants. )
)

### ORDER

This MATTER is before the Court on the Plaintiff's Motion for *Ex Parte* for Reissue of Summons [Dkt. No. 6]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby

**ORDERED** that the Plaintiff's Motion is **GRANTED**. It appears that Plaintiff attempted to serve Dow Jones & Co/WSJ (Dkt No. 2). The response from CT Corp. Sys. indicates that they are not the registered agent of Dow Jones & Co., Inc. (Dkt. No. 6-1), which is not the same entity that the summons was served upon.

ENTERED this 3rd day of June 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia