IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMMANUEL OGEBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-00426 (LO/IDD) |
| ) | |
| DOW JONES & COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on Defendant's Motion for Leave to File Audio/ Visual Exhibit [Dkt. No. 23]. It is hereby

**ORDERED** that Defendant's Motion is **DENIED without prejudice**. The Motion is denied without prejudice because, pursuant to Local R. 7(F)(1), Defendant did not file a written brief setting forth a concise statement of the facts and supporting reasons for the Motion.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 20th day of August 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia