IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMMANUEL OGEBE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:19-cv-00426 (LO/IDD) |
| DOW JONES & COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion Ex Parte to Subpoena Evidence from Mrs Deanna Gelak [Dkt. No. 33]. It is hereby

**ORDERED** that Plaintiff's Motion is **DENIED**. The Motion is denied for reasons set forth in Defendants' Opposition [Dkt. No. 36].

The Clerk is directed to unseal Plaintiff's Motion [Dkt. No. 33] and Exhibit B [Dkt. No. 33-1], so that Defendants can view both filings.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 21st day of August 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia