IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION



EMMANUEL OGEBE,

    Plaintiff,

v.

DOW JONES & COMPANY, DREW HINSHAW, JOE PARKINSON, AND GBENGA AKINGBULE,

    Defendants.

Civil No. 1:19-cv-00426-LO-IDD

## MOTION FOR EQUITABLE ACCOMMODATIONS IN COVID-19 EXIGENCY

In view of additional exigencies that have further exacerbated Plaintiff's already onerous burden to file court processes, Plaintiff requests reasonable accommodations and reliefs from the court and states as follows:

1. Plaintiff has to physically file processes in hardcopy in court unlike Defendants who do so electronically.

2. Defendants have undue advantage being able to file during weekends and after hours while Plaintiff is limited to business hours only.

3. Plaintiff's hectic travel schedule further delimits his ability to physically file documents.

4. The recent declaration of a global corona virus (COVID-19) pandemic further compounds this situation as Plaintiff may be liable to quarantine, flight disruptions and other vicissitudes necessitated by panicky responses thereto.

1

5. Reasonable accommodation by the court is required to mitigate the impact of these factors:

    A. To allow Plaintiff submit processes to the court by e-mail to the clerk of court duly copied to the defendants;

    B. To accept processes submitted by regular mail as filed effective the date of the postmark;

    C. To count response times for Plaintiff as business days (less weekends).

6. No party will be prejudiced by the granting of these reliefs. Rather, Plaintiff will be prejudiced by the non-grant thereof. Wherefore, Plaintiff respectfully requests that the court enter an Order granting the following reliefs:

    A. To allow Plaintiff submit processes to the court by e-mail to the clerk of court duly c copied to the defendants;

    B. To accept processes submitted by regular mail as filed effective the date of the postmark;

    C. To count response times for Plaintiff as business days only (less weekends.)

THIS ____17th____ DAY OF ____March____ 2020

EMMANUEL OGEBE

PLAINTIFF PRO SE

5214 ASTOR PL SE

WASHINGTON DC 20019
P-8666108

Certification:

I have sent this to the clerk for delivery to concerned persons. No attorney assisted with the preparation of this document.

5

Ogebe
8301 Harland Drive
Springfield, VA 22152

NOVA 220
18 MAR 2020 PM 3L

U.S. MARSHALS
INSPECTED

The Clerk of Court
U.S. District Ct. E.D. VA
401 Court House Square
Alexandria, VA 22314

22314-579899