IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| EMMANUEL OGEBE | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 1:19cv426 |
| DOW JONES & COMPANY, et al | ) ) ) |
| Defendant. | ) |

ORDER

This matter comes before the Court upon the Motion to Dismiss (Dkt. 100) filed by Defendants Dow Jones & Company, Joe Hinshaw, and Drew Parkinson. By order dated March 24, 2020 the Court ordered Plaintiff to respond to the Motion to Dismiss within ten days. As of the date of this order, no response has been filed by the Plaintiff, and therefore it is

**ORDERED** that the Motion to Dismiss (Dkt 100) is hereby **GRANTED** and the Plaintiff's operative complaint is hereby **DISMISSED**. A memorandum opinion will follow.

_____
Liam O'Grady
United States District Judge

Alexandria Virginia
September 30, 2020